UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| GREGORY M. COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18 CV 41 |
| ) | |
| WALTER CHRISTIAN MEYER d/b/a ) | |
| W. CHRISTIAN MEYER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Defendant Walter Christian Meyer filed a motion to dismiss (DE # 11) based on the claims raised by plaintiff Gregory M. Cox in the original complaint (DE # 1). That complaint has since been substantively amended. (DE # 14.) Accordingly, the motion to dismiss (DE # 11) is **DENIED as moot**, without prejudice and with leave to re-file if applicable to the amended complaint.

                              SO ORDERED.

Date: March 21, 2019

                               s/ James T. Moody
                              JUDGE JAMES T. MOODY
                              UNITED STATES DISTRICT COURT